IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2021 NOV 16 PM 12:26
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21CR 3140 |
| vs. | INDICTMENT |
| BRYAN WILLIAM GLOE, | 21 U.S.C. §§ 841(a)(1) and 841(b)(1) |
| Defendant. | |

The Grand Jury charges that:

## COUNT ONE

On or about June 3, 2021, in the District of Nebraska, Defendant BRYAN WILLIAM GLOE did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT TWO

On or about May 7, 2021, in the District of Nebraska, Defendant BRYAN WILLIAM GLOE did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT THREE

On or about May 10, 2021, in the District of Nebraska, Defendant BRYAN WILLIAM GLOE did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

## COUNT FOUR

On or about May 27, 2021, in the District of Nebraska, Defendant BRYAN WILLIAM GLOE did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 21, United States Code, Section 841(b)(1).

A TRUE BILL.

FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

MATTHEW R. MOLSEN, #22693
Assistant U.S. Attorney