IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:21-CR-3140 |
| vs. | ORDER |
| BRYAN WILLIAM GLOE, | |
| Defendant. | |

This matter is before the Court on the government's suggestion of death and motion to dismiss (filing 31). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment as to the above-captioned defendant.

IT IS ORDERED that the indictment is dismissed without prejudice.

Dated this 15th day of July, 2022.

BY THE COURT:

John M. Gerrard
United States District Judge